# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| JE Dunn Construction Company ) | ASBCA Nos. 59836, 59837, 59838 |
| ) | 59839, 59840, 59841 |
| ) | 59842, 60006, 60007 |
| Under Contract No. W9126G-12-C-0050 ) | |

APPEARANCES FOR THE APPELLANT:       Reginald M. Jones, Esq.
                                     Alexa A. Santora, Esq.
                                      Fox Rothschild LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
                                      Engineer Chief Trial Attorney
                                     Dawn-Carole Harris, Esq.
                                      Engineer Trial Attorney
                                      U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

Following a successful mediation assisted by the Board, the dispute has been settled.

The appeals are dismissed with prejudice.

Dated: 21 September 2016

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59836, 59837, 59838, 59839, 59840, 59841, 59842, 60006, 60007, Appeals of JE Dunn Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals